# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2021

## NO. 03-21-00247-CV

**Elizabeth Rodriguez, Appellant**

**v.**

**Joseph Benavidez, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on May 13, 2021. Having reviewed the record, the Court holds that Elizabeth Rodriguez has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.